```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EMILIO GONZALEZ,

                       Plaintiff,

            -against-                      1:17-cv-6518-GHW

CITY OF NEW YORK, *et al.*,                      ORDER

                       Defendants.

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the teleconference held on March 28, 2019, Defendants' motion to compel and for sanctions is granted in part and denied in part.  No later than April 10, 2019, Plaintiff is ordered to return all of the documents in question to the Defendants and certify that any copies of these documents have been destroyed.  As explained during the teleconference, this order does not prevent Plaintiff from requesting some or all of these documents through the discovery process.  Because the Court does not believe that additional financial sanctions are appropriate, Defendants' motion for financial sanctions is denied.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61

      SO ORDERED.

Dated: March 29, 2019
       New York, New York

                                                                   GREGORY H. WOODS
                                                             United States District Judge