# LAW OFFICES OF K.C. OKOLI, P.C.
330 SEVENTH AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10001
(212) 564-8152
———
TELECOPIER (212) 268-3443

April 15, 2019

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

> Re:   *Gonzalez v. City of New York, et al.*
>        *Docket No. 17-cv-6518 (GHW)*

Dear Judge Woods:

    I am attorney for the Plaintiff in this matter.

    I have since this Court's Order of March 29, 2019 (Document 106), consulted with my client, Emilio Gonzalez, with regard to the subject matter of the aforesaid Order which required the destruction or return of all copies of certain documents.

    I now certify that all copies of these documents have been destroyed, and I do so under the penalty of perjury.

    Respectfully submitted,

    */s/ K.C. Okoli*
    K.C. Okoli

cc:   Ivan A. Mendez, Jr. ACC (By ECF)