USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

EMILIO GONZALEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,
                Defendants.

------------------------------------------------------------X

17 **CIVIL** 6518 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2020, Defendants are entitled to summary judgment on all of Gonzalez's federal claims in the FAC. Therefore, Defendants motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        March 5, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *(signature)*

**Deputy Clerk**